1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  CHIZOMA C. NJOKU
6

7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

**FRESNO DIVISION**

10

11

| CHIZOMA C. NJOKU, | ) | Case No.:   10-CV-948 GSA |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant | ) | |

18

    Plaintiff Chizoma C. Njoku ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to February 28, 2011; and that Defendant shall have until March 30, 2011, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due April 14, 2011.

1  An extension of time is needed in order to properly address the issues within
2  the 663 page administrative record in this matter.  Counsel sincerely apologizes to
3  the court for any inconvenience this may have had upon it or its staff.

4

5  DATE: January 10, 2011        Respectfully submitted,

6                                LAW OFFICES OF LAWRENCE D. ROHLFING

7                                        /s/ *Steven G. Rosales*
                              BY: _____
8                                Steven G. Rosales
                                 Attorney for plaintiff CHIZOMA C. NJOKU
9

10 DATED:  January 10, 2011      BENJAMIN WAGNER
                                 United States Attorney
11

12
                                 */S/- *Elizabeth Firer*
13

14                               _____
                                 Elizabeth Firer
15                               Special Assistant United States Attorney
                                 Attorney for Defendant
16                               [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including February 28, 2011, in which to file Plaintiff's Opening Brief;
3  Defendant may have an extension of time to March 30, 2011 to consider the
4  contentions raised in Plaintiff's Opening Brief, and file any opposition if
5  necessary. Any reply by plaintiff will be due April 14, 2011.

IT IS SO ORDERED.

Dated:  **January 11, 2011**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE