1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHIZOMA C. NJOKU, | ) 1:10-cv-00948 GSA |
| | ) |
| | ) **ORDER REGARDING STIPULATION** |
| Plaintiff, | ) **TO EXTEND BRIEFING SCHEDULE** |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

11

12

13

14

15

16

17

18

19        On March 3, 2011, the parties filed a Stipulation to Extend Briefing Schedule in this

20   matter, wherein Plaintiff seeks an extension of time through and including March 11, 2011,

21   within which to file an opening brief.  Defendant would then have until April 11, 2011, within

22   which to file an opposition; any reply brief would be due on or before April 25, 2011.  (Doc. 14.)

23        Notably missing however from the parties' stipulation is any acknowledgment of, nor

24   explanation for, Plaintiff having already missed the deadline for the filing of an opening brief.  In

25   fact, the parties' previous stipulation to extend the deadlines in this case called for Plaintiff to file

26   an opening brief no later than February 28, 2011.  (*See* Docs. 12-13.)  Yet, despite Plaintiff

27

28                                                1

1   having missed the deadline three days prior, the parties' most recent stipulation offers the very

2   same justification for the requested extension.  (*Cf.* Doc. 12 at 2 to Doc. 14 at 2 ["An extension

3   of time is needed in order to properly address the complex issues within the 663 page

4   administrative record in this matter.  Counsel sincerely apologizes to the court for any

5   inconvenience this may have had upon it or its staff"].)

6        This Court has noted an increasing number of missed deadlines in its Social Security

7   caseload.  In particular however, the Court has previously expressed concern to other attorneys

8   associated with Plaintiff's counsel's firm regarding this pattern.  Notwithstanding the necessity of

9   the Court to issue orders to show cause for missed deadlines in these and other cases, the Court is

10  also increasingly concerned when a party or parties choose(s) to ignore the fact that the relevant

11  deadline has already passed.  The parties are hereby ADMONISHED that any future stipulation

12  for an extension of time, wherein the relevant deadline has already passed, SHALL specifically

13  address that fact and explain the reason or reasons for the delay.  Finally, the parties are directed

14  to Local Rule 144(d) and its requirement that an extension be sought "as soon as the need for an

15  extension becomes apparent."  The Court questions how, in light of the "complex issues within

16  the 663 page" record, the parties were not aware of the need for an extension well in advance of

17  the missed February 28, 2011, deadline.

18       The parties' stipulation is adopted as follows:

19    1.      Plaintiff shall have an extension of time to and including **March 11, 2011**, *nunc*

20            *pro tunc*, within which to file an opening brief;

21    2.      Defendant shall file an opposition brief no later than **April 11, 2011**; and

22    3.      Plaintiff shall file any reply no later than **April 25, 2011.**

23

24       IT IS SO ORDERED.

25    **Dated:    March 4, 2011**            _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28                                            2