BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8937
Facsimile: (415) 744-0134
E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHIZOMA C. NJOKU,  )<br>  )<br>  Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>  )<br>  Defendant.  )<br>_____ ) | CIVIL NO. 1:10-cv-00948 GSA<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME WITHIN WHICH TO FILE AN OPPOSITION BRIEF** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including May 11, 2011, in which to respond to Plaintiff's Opening Brief.  This extension is being sought because the undersigned counsel for the Commissioner was out of the office from March 18 through April 6, 2011 on medical leave.  Counsel was out of the office several days longer than expected and, upon her return on April 7, 2011, she had to spend time with immediate matters related to the possible Government shutdown, which could begin on April 11, 2011.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, i.e., Plaintiff shall have 14 days from the date the Commissioner files his brief to file a reply.

Respectfully submitted,

Dated: April 8, 2011
/s/ *Steven G. Rosales*
(As authorized via email)
STEVEN G. ROSALES
Attorney for Plaintiff

Dated: April 8, 2011
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   **April 11, 2011**          /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE