1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
10
                          **FRESNO DIVISION**
11

12  CHIZOMA C. NJOKU,                    )
                                         )    CIVIL NO. 1:10-cv-00948 GSA
13         Plaintiff,                    )
                                         )
14         v.                            )    STIPULATION AND ORDER
                                         )
15  MICHAEL J. ASTRUE,                   )
    Commissioner of                      )
16  Social Security,                     )
                                         )
17         Defendant.                    )
    _____ )
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20  attached Order, that Defendant shall have a SECOND extension of time of 1 day, up to and including
21  May 12, 2011, in which to respond to Plaintiff's Opening Brief. This extension is being sought because
22  the undersigned counsel for the Commissioner is recovering from two orthopedic surgeries one of which
23  has been more complicated than expected. Since returning to the office on April 7, 2011, Counsel has
24  not yet been able to work a full week and she has been unable to stay after business hours to complete
25  work because she must rely on a different mode of transportation than usual. Counsel has had to draft
26  four district court briefs during the week of May 9-13 and given the unexpected absences, has been
27  unable to complete the Commissioner's response within the time granted in the Commissioner's first
28  extension and respectfully requests one more day in which to timely file the Commissioner's response.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, <u>i.e.</u>, Plaintiff shall have 14 days from the date the Commissioner files his brief to file a reply.

                                              Respectfully submitted,

Dated: May 11, 2011                /s/ *Steven G. Rosales*
                                          (As authorized via email)
                                          STEVEN G. ROSALES
                                          Attorney for Plaintiff

Dated: May 11, 2011                BENJAMIN B. WAGNER
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                            /s/ *Elizabeth Firer*
                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

    **Dated:**   **May 12, 2011**                    /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE