Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Chizoma C. Njoku

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIZOMA C. NJOKU,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:10-CV-0948-GSA<br><br>**ORDER GRANTING PLAINTIFF COUNSEL'S PETITION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B)**<br><br>**(Document 26)** |

On December 9, 2011, Plaintiff's counsel filed a Motion For Attorney Fees Pursuant to Title 42 of the United States Code section 406(b). (Doc. 26.) Following this Court's consideration of the motion, and in light of the fact that the Commissioner has not filed an opposition or otherwise responded to the motion, IT IS HEREBY ORDERED that the motion be granted.

//

//

//

-1-

Accordingly, Defendant shall pay Plaintiff's counsel the sum of $14,565.00. Upon the receipt of that sum, Plaintiff's counsel shall reimburse Plaintiff the sum of $4,200.00 that was previously awarded under EAJA.

IT IS SO ORDERED.

Dated:   **January 13, 2012**                         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE